**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

CHRIS CAUDILL,

    Plaintiff,

v.                                                            Case No: 2:11-cv-637-Ftm-23DNF

BILL CAMERON, RYAN WHITE and
UNKNOWN DEPUTIES,

    Defendants.
_____/

## ORDER

This matter comes before the Court on Defendant White's Motion to Reschedule Settlement Conference (Doc. #63) filed on April 4, 2013. Due to the fact that the claims representative for the Risk Management Fund which insures Defendant Ryan White is unavailable to attend the settlement conference currently set before the undersigned on April 15, 2013 (Doc. #61), the Court finds good cause to reschedule the settlement conference.

Accordingly, it is now

**ORDERED:**

(1) Defendant White's Motion to Reschedule Settlement Conference (Doc. #63) is **GRANTED**.

(2) The settlement conference previously scheduled for April 15, 2013, is **CANCELLED**.

(3) This matter is re-set for a settlement conference before the undersigned on **May 22, 2013, at 9:00 a.m.**[1] in Courtroom 5D, United States Courthouse and Federal Building, Fort Myers, Florida 33901.

(4) Plaintiff Caudill is allowed to bring any legal paperwork he needs for the proceedings.

**DONE** and **ORDERED** in Fort Myers, Florida this 9th day of April, 2013.



SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:
All Parties of Record
U.S. Marshal
South Florida Reception Center, Classification Officer
Carol Stokley, Correctional Service Admin. of Population Mgmt., Florida Dept. of Corrections

---

[1] The Court will schedule the settlement conference for 9:00 a.m. and begin caucusing with the Plaintiff. The Court is aware that Attorney Garrett Elsinger has a scheduling conflict and has requested the conference to begin at 10:00 a.m.. Therefore, Attorney Elsinger may arrive at the settlement conference no later than 10:00 a.m.