UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHRIS CAUDILL,

    Plaintiff,

v.                                                   Case No: 2:11-cv-637-Ftm-23DNF

BILL CAMERON, RYAN WHITE and
UNKNOWN DEPUTIES,

    Defendants.
_____/

## **ORDER**

This matter comes before the Court on the Court's Settlement Conference Order (Doc. #62) entered on April 2, 2013. The Court notes that in that Order, the Court directed that the Parties submit their confidential settlement statement by April 11, 2013. (Doc. #62). Neither party submitted a statement. However, given that the settlement conference in this matter has been continued to May 22, 2013, the Court will allow the Parties until May 10, 2013 to submit a confidential settlement conference statement in accordance with this Court's April 2, 2013 Order, paragraph 5. (Doc. #62). Defendants shall fax the statement, Plaintiff may mail it.

Accordingly, it is now **ORDERED:**

The Parties shall have up to and including **May 10, 2013** to submit a confidential settlement conference statement to the Court in accordance with this Court's April 2, 2013 Order, Doc. #62, paragraph 5.

**DONE** and **ORDERED** in Fort Myers, Florida this 15th day of April, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record