UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**CHRIS CAUDILL**

      **Plaintiff(s)**

**VS.**                                             **CASE NO. 2:11-CV-637-FTM-23DNF**

**BILL CAMERON, RYAN WHITE and
UNKNOWN DEPUTIES**

      **Defendant(s)**

## SETTLEMENT CONFERENCE REPORT

The undersigned hereby notifies the District Court of the disposition of this matter following the settlement conference. The Settlement Conference was held on May 21, 2013. The disposition was as follows**:**

**Disposition:**

☐    The matter was resolved at the Settlement Conference.

☐    The conflict has been partially resolved; some issues require court resolution.

**X**    The parties have reached an impasse.

☐    The settlement conference has been continued until _____ at _____ a.m./p.m. for further settlement discussions.

☐    Other _____.

Dated this ___22nd__ day of May, 2013.

                                                                  _____
                                                                    SHERI POLSTER CHAPPELL
                                                                    UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record/Unrepresented Parties