UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHRIS CAUDILL

VS.                                                                      CASE NO: 2:11-cv-637-FtM-23DNF

BILL CAMERON, RYAN WHITE and
UNKNOWN DEPUTIES
_____

## ORDER TO TRANSPORT

This matter comes before the Court on May 22, 2013. The parties convened with the Court to participate in a settlement conference. The Plaintiff was present. Upon diligent discussions, an impasse was reached. Thus, the hearing was concluded and the Plaintiff's presence is no longer necessary in this Division. The Plaintiff is, therefore, due to be returned to his prior facility and/or institution. Accordingly, it is now

**ORDERED:**

The Plaintiff shall be returned to the facility and/or institution prior to his required appearance in this Division.

**DONE AND ORDERED** at Fort Myers, Florida, this 22nd day of May, 2013.

_____
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: Counsel of Record, Department of Corrections, Pro Se Plaintiff